AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**FILED**
FEB 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

WILLIAM OSORIO-RIVAS
A/K/A JOSE OMAR ALFARO-RIVAS
DOB:
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER: 0 8 - 1 4 4 - M - 0 1

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about __2004 through January 2008__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and unlawfully possess, forge, counterfeit, alter, falsely make, utter, use, attempt to use and obtain documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing said documents to be falsely made and to have been procured by fraud and unlawfully obtained.

in violation of Title __18__ United States Code, Section(s) __1546(a)__.

I further state that I am __Julie Hilario, Special Agent with the U.S. Immigration and Customs Enforcement__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
Julie Hilario, Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

**FEB 28 2008**
Date

at  __Washington, D.C.__
     City and State

ALAN KAY
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>WILLIAM OSORIO-RIVAS   )<br>    A/K/A   )<br>JOSE OMAR ALFARO-RIVAS   ) | Case No: **0 8 - 1 4 4 - M - 0 1** |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Julie Hilario, being duly sworn, depose and state:

1. I am currently employed by the Department of Homeland Security, Immigration and Customs Enforcement (ICE) as a Special Agent. I am assigned to the Special Agent-in-Charge, Washington, D.C. Office, in Fairfax, Virginia. I have been employed by ICE, since December 2006. Prior to being employed with ICE, I was a Seized Property Specialist with U.S. Customs and Border Protection. My duties as a Special Agent with ICE include, but are not limited to, investigating violators of the Immigration and Nationality Act and seeking, where applicable, prosecution and deportation of those violators. I have received training in general law enforcement, including training in Title 18, United States Code and am a graduate of the Federal Law Enforcement Training Center at Glynco, Georgia.

2. This affidavit is being submitted in support of a criminal complaint charging WILLIAM OSORIO-RIVAS (hereinafter referred to as OSORIO-RIVAS), a citizen of El Salvador, with immigration fraud, in violation of 18 U.S.C. §1546(a).

3.  The facts and information contained in this affidavit are based on my training, experience, participation in investigations, personal knowledge, and the observations of other officials involved in the investigation. This affidavit contains information necessary to support probable cause and it is not intended to include each and every fact or occurrence in the matter observed by me or known to the Government.

4.  The Metropolitan Police Department's Violent Crimes Branch, Homicide Unit, along with members of the Prince George's County Police Department, obtained a search warrant through the Circuit Court of Prince George's County, Maryland for a residence in Forestville, Maryland. On December 10, 2007, the Metropolitan Police Department and the Prince George's County Police Department executed the search warrant During the search of the residence, a fraudulent Social Security Card and a fraudulent Resident Alien Card, both bearing the name "Jose Omar Alfaro Rivas," were recovered. In addition, another fraudulent Social Security Card and another fraudulent Resident Alien Card were recovered bearing the name "William A. Rivas" Both fraudulent Resident Alien Cards contained the photograph of OSORIO-RIVAS. All fraudulent cards were found in OSORIO-RIVAS' bedroom. The fraudulent cards were shown to Ms. Rhina Rivas, OSORIO-RIVAS' mother, and she stated that both subjects depicted on the fraudulent Resident Alien Cards were her son OSORIO-RIVAS. Also recovered from the same address was an El Salvador Passport bearing OSORIO-RIVAS' name, date of birth and picture.

5.  Law enforcement also recovered from the 1901 Berry Lane residence numerous payroll stubs issued from employer A.R.E. Inc., T/A Denny's, 4445 Benning Road, N.E., Washington, D.C., with the listed payee being employee Jose Alfaro,

The name "Jose Alfaro" matches the name listed on one of the fraudulent Resident Alien Cards (with the picture of OSORAIO-RIVAS) and one of the fraudulent Social Security Cards that were recovered from 1901 Berry Lane residence on December 10, 2007. Subsequent investigation revealed that the name "Jose Alfaro" matches the name listed on an employee "time card" document recovered on December 20, 2007, from the same Denny's Restaurant located on Benning Road, Washington, D.C. One of the Social Security Cards (ending with the numbers 0992) that was recovered from the 1901 Berry Lane residence matches the Social Security number listed on numerous paystubs issued from the Denny's Restaurant and on the employee "time card" document that was recovered from the Denny's Restaurant on Benning Road, Washington, D.C.

6. Upon locating the fraudulent Social Security Cards and Resident Alien Cards, checks were run through the Citizenship and Immigration Services (CIS) and ICE to determine if the Alien numbers (hereinafter "A-number") listed on the Resident Alien Cards were assigned to OSORIO-RIVAS. Upon running the checks, it was determined that one of the fraudulent Resident Alien Cards bearing the name "William A. Rivas," with A-number ending in 4491, is assigned to a Mexican female. The second fraudulent Resident Alien Card that was recovered bearing the name "Jose Omar Alfaro Rivas," with A-number ending in 1900, is assigned to a Mexican male. Further investigation into the fraudulent Social Security cards one bearing the name "William A. Rivas," ending with the numbers 8973, and the other bearing the name "Jose Omar Alfaro Rivas," ending with the numbers 0992, are assigned to persons other than OSORIO-RIVAS. This information was verified through the Social Security Administration.

7.  On January 14, 2008, ICE Special Agents met with OSORIO-RIVAS and advised him of his Miranda Rights. OSORIO-RIVAS agreed to speak with ICE Special Agents. OSORIO-RIVAS stated that he presented a fraudulent Resident Alien Card and a fraudulent Social Security Card to obtain employment at the aforementioned Denny's Restaurant located on Benning Road, Washington D.C. On February 19, 2008, ICE Special Agents again met with OSORIO-RIVAS and asked him about the fraudulent documents that he presented to the Denny's Restaurant for employment. OSORIO-RIVAS advised ICE Special Agents that he utilized the fraudulent Social Security Card ending with numbers 0992, and bears the name "Jose Omar Alfaro Rivas", to obtain employment at the Denny's Restaurant sometime in 2004 to 2005. OSORIO-RIVAS also admitted the Social Security Card ending with numbers 0992 was the same Social Security number under which he was being paid for his employment at the Denny's Restaurant up until the year 2008.

8.  Based on the foregoing, I respectfully submit that there is probable cause to believe that sometime between 2004 and January 2008, OSORIO-RIVAS unlawfully and knowingly possessed and presented fraudulent Alien Registration Receipt Cards and/or other documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing the cards to be forged, counterfeited, altered, or falsely made, in violation of Title 18, United States Code, Section 1546(a).

\\

\\

\\

\\

_____
Julie Hirano
Special Agent
Immigration and Customs Enforcement


Subscribed and sworn to before me this
28th day of February 2008,

At Washington, D.C.

_____
United States Magistrate Judge

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**