FILED

MAR 10 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk of Court
District of Columbia District Court
1225 E. Barrett Prettyman US Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

William Osorio-Rivas

08-MJ-144

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

CRIMINAL SECTION
404-215-1615

March 6, 2008

Clerk of Court
District of Columbia District Court
1225 E. Barrett Prettyman US Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

    RE:    United States of America v. William Osorio-Rivas
                NDGA Case No.: 1:08-MJ-216
                Your Case No.: 08-144-M-01

Dear Clerk:

    Rule 5(c)(3) proceedings were held in this district on March 4, 2008. Please find enclosed original documents of said proceedings and certified copies of commitment to another district and docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

                                        Sincerely,

                                        James N. Hatten
                                        Clerk of Court

                        By:    *s/Belqyis Evans*
                                        Deputy Clerk

Enclosures

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

CRIMINAL SECTION
404-215-1615

March 6, 2008

Clerk of Court
District of Columbia District Court
1225 E. Barrett Prettyman US Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

    RE:    United States of America v. William Osorio-Rivas
              NDGA Case No.: 1:08-MJ-216
              Your Case No.: 08-144-M-01

Dear Clerk:

Rule 5(c)(3) proceedings were held in this district on March 4, 2008. Please find enclosed original documents of said proceedings and certified copies of commitment to another district and docket sheet.

Please acknowledge receipt on the enclosed copy of this letter. If this office can be of any further assistance, please contact the undersigned deputy clerk at (404) 215-1655.

                              Sincerely,

                              James N. Hatten
                              Clerk of Court

                      By:    s/ Belqyis Evans
                              Deputy Clerk

Enclosures

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 0 4 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WILLIAM OSORIO-RIVAS,

Defendant.

CASE NO. 1:08-MJ-216

## ORDER APPOINTING COUNSEL

Brian Mendelsohn

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 4th day of March, 2008.

_____
**UNITED STATES MAGISTRATE JUDGE**

| | |
|---|---|
| MAGISTRATE'S CRIMINAL MINUTES | FILED IN OPEN COURT |
| REMOVALS (RULE 40) | DATE: 3/4/07 @ 2/9 |
| | TAPE: 08-01 @ 6816 |
| | TIME IN COURT: 9 mins |

MAGISTRATE <u>E. CLAYTON SCOFIELD III,</u> PRESIDING
<u>ANGELA SMITH</u> DEPUTY CLERK
CASE NUMBER <u>1.08-mj-216</u>    DEFENDANT'S NAME <u>William Osorio-Rivas</u>
AUSA <u>Mary Roemer</u>    DEFENDANT'S ATTY <u>Brian Mendelsohn</u>
USPO <u>Steve Dorman</u>    Type Counsel (circle)  Retained  CJA  (FDP)

✓ Initial appearance hearing held.
✓ Defendant informed of rights.
✓ ORDER appointing Federal Defender Program attorney for defendant.
___ ORDER appointing _____ attorney for defendant.
___ ORDER defendant shall pay attorney's fees as follows: _____

___ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.
✓ Defendant WAIVES preliminary hearing (✓ In this district only). WAIVER FILED.
___ Removal hearing set/reset/cont to _____ @ _____.
___ Removal hearing HELD.
___ Order finding Probable Cause. Defendant held to District Court for removal to other district.
___ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.
✓ Order defendant removed to other district. Commitment issued <u>3/4/08</u>
✓ Miscellaneous: <u>Interpreter Antonio Gavilanez</u>

### BOND/PRETRIAL DETENTION HEARING

✓ Government Motion for DETENTION filed.
___ Bond/Pretrial DETENTION hearing held.
✓ Pretrial detention hearing set for _____. (✓ In charging district)
___ (___ VERBAL) Motion to reduce bond GRANTED.
___ (___ VERBAL) Motion to reduce bond DENIED.
~~___ Pretrial DETENTION ORDERED. (Written order to follow ___).~~
___ BOND SET at $_____.
    ___ NON-SURETY
    ___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only
    ___ Combination: _____
___ SPECIAL CONDITIONS: _____

___ BOND FILED. Defendant RELEASED.
___ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

___ SEE BACK

**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 0 4 2008

JAMES N. HATTEN, Clerk
By: _Angela_ _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 1:08-MJ-216 |
| WILLIAM OSORIO-RIVAS, a/k/a JOSE OMAR ALFARO-RIVAS | : |

### GOVERNMENT'S MOTION FOR DETENTION

Comes now the United States of America, by and through its counsel, David E. Nahmias, United States Attorney, and MARY C. ROEMER, Assistant United States Attorney for the Northern District of Georgia, and pursuant to 18 U.S.C. §§ 3142(e) and (f) moves for detention for the above-captioned defendant.

1. <u>Eligibility of Case.</u>

This case is eligible for a detention order because this case involves (check all that apply):

\_\_\_\_\_   Crime of violence (18 U.S.C. § 3156)

\_\_\_\_\_   Maximum sentence of life imprisonment or death

\_\_\_\_\_   10 + year drug offense

\_\_\_\_\_   Felony, with two prior convictions in the above categories

  _X_        Serious risk the defendant will flee

  _____     Serious risk of obstruction of justice

2.  <u>Reason for Detention.</u>

The Court should detain defendant because there are no conditions of release that will reasonably assure (check one or both):

  _X_        Defendant's appearance as required

  _X_        Safety of any other person and the community

3.  <u>Rebuttable Presumption.</u>

The United States (will, will not) invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (check one or more):

  _____     There is probable cause to believe defendant committed 10 + year drug offense.

  _____     There is probable cause to believe defendant committed an offense in which a firearm was used, carried, or possessed under § 924(c).

  _____     Defendant has been charged with a federal offense that is described in § 3142(f)(1), and

(1) defendant has been convicted of a Federal offense that is described in § (f)(1)of this section, or of a

State or Local offense that would been an offense described in § (f)(1) of this section if a circumstance giving rise to Federal jurisdiction had existed;

(2) the offense described in paragraph (1) was committed while defendant was on release pending trial for a Federal, State or local offense; and

(3) A period of not more than five years has elapsed since the date of conviction, or the release of the person from imprisonment, for the offense described in paragraph (1), whichever is later.

_____ [Circle one] This is an offense involving a minor under 18 U.S.C. § 1201, or an offense under 18 U.S.C. § 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

3

4.  <u>Time for Detention Hearing.</u>

The United States requests the Court conduct the detention hearing:

_____     At the initial appearance.

__X__     After continuance of _1_ day (not more than 3).

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated: this 4th day of March, 2008.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

*/s/ Mary C. Roemer*

MARY C. ROEMER
ASSISTANT U.S. ATTORNEY
600 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303
(404)581-6000
Ga. Bar No. 611790

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by hand delivery:

Counsel for Defendant


This 4th day of March, 2008.

MARY C. ROEMER
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

UNITED STATES OF AMERICA

V.

WILLIAM OSORIO-RIVAS

COMMITMENT TO ANOTHER DISTRICT

FILED IN OPEN COURT
U.S.D.C. Atlanta
MAR 0 4 2008
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1:08-MJ-216 | 08-144-M-01 | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  X Complaint  ☐ Other (specify)

charging a violation of __18__ U.S.C. § __1546(a)__

ATTEST: A TRUE COPY CERTIFIED THIS

**DISTRICT OF OFFENSE**
District of Columbia

MAR 06 2008

**DESCRIPTION OF CHARGES:**

Document Fraud

James N. Hatten, Clerk
By: B. Evans
Deputy Clerk

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☐ No | X Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

__3/4/08__        __E. Clem_____
Date              Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

CLOSED, INTERPRETER

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CRIMINAL DOCKET FOR CASE #: 1:08-mj-00216-ECS All Defendants
## Internal Use Only

Case title: USA v. Osorio-Rivas                             Date Filed: 03/04/2008
Other court case number: 08-144-M-01 District of Columbia   Date Terminated: 03/04/2008

Assigned to: Magistrate Judge E.
Clayton Scofield, III

### Defendant (1)

**William Osorio-Rivas**                 represented by   **William Osorio-Rivas**
*TERMINATED: 03/04/2008*                                   PRO SE
also known as
Jose Omar Alfaro-Rivas                                    **Brian Mendelsohn**
*TERMINATED: 03/04/2008*                                   Federal Defender Program
                                                           100 Peachtree Street, N.W.
                                                           The Equitable Building, Suite 1700
                                                           Atlanta, GA 30303
                                                           404-688-7530
                                                           Email: Brian_Mendelsohn@FD.ORG
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Public Defender or*
                                                           *Community Defender Appointment*

ATTEST: A TRUE COPY
CERTIFIED THIS

MAR 06 2008

James N. Hatten, Clerk
By: B. Evans
    Deputy Clerk

### Pending Counts                                        ### Disposition
None

### Highest Offense Level (Opening)
None

### Terminated Counts                                     ### Disposition
None

### Highest Offense Level (Terminated)

None

**Complaints**

18:1546(a) FRAUD AND MISUSE OF
VISAS/PERMITS

**Disposition**

**Plaintiff**

USA             represented by    **Mary Christine Roemer**
Office of United States Attorney
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, GA 30303
404-581-6000
Email: mary.roemer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2008 |  | Arrest (Rule 40) of William Osorio-Rivas. (bse) (Entered: 03/06/2008) |
| 03/04/2008 | 1 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Brian Mendelsohn as counsel for William Osorio-Rivas. Signed by Magistrate Judge E. Clayton Scofield, III on 3/4/08. (bse) (Entered: 03/06/2008) |
| 03/04/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge E. Clayton Scofield, III: Initial Appearance in Rule 5(c)(3) Proceedings as to William Osorio-Rivas held on 3/4/2008. Defendant waives Preliminary Hearing (in this district only). Waiver filed. Government's Motion for Detention filed. Pretrial detention hearing set in charging district. Ordered defendant removed to other district. Commitment issued 3/4/08. (Attachments: # 1 Warrant and Complaint) (Tape #ECS 08-01 @ 6816) Interpreted by Antonio Gavilanez. (bse) (Entered: 03/06/2008) |
| 03/04/2008 | 3 | GOVERNMENT'S MOTION for Detention by USA as to William Osorio-Rivas. (bse) (Entered: 03/06/2008) |
| 03/04/2008 | 4 | WAIVER of Rule 40 Hearings by William Osorio-Rivas. (bse) (Entered: 03/06/2008) |
| 03/04/2008 | 5 | (Court only) COMMITMENT TO ANOTHER DISTRICT as to William Osorio-Rivas. Defendant committed to District of Columbia. Signed by Magistrate Judge E. Clayton Scofield, III on 3/4/08. (cc: served by deputy clerk on 3/6/08). (bse) Modified on 3/6/2008 to change security for PDF (bse). (Entered: 03/06/2008) |

| 03/04/2008 | 6 | Notification of Docket Correction re: 5 Commitment to Another District. Correct PDF for 5 is attached to this docket entry. (bse) (Entered: 03/06/2008) |
| --- | --- | --- |
| 03/04/2008 | | Magistrate Case Closed. Defendant William Osorio-Rivas terminated. (bse) (Entered: 03/06/2008) |
| 03/04/2008 | 7 | Transmittal of Rule 5(c)(3) Documents as to William Osorio-Rivas, sent to District of Columbia via certified mail, rrr. Original case file with certified copy of Commitment Order and docket sheet. (bse) (Entered: 03/06/2008) |