AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

WILLIAM OSORIO-RIVAS
A/K/A JOSE OMAR ALFARO-RIVAS

**WARRANT FOR ARREST**

FILED
MAR 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 0 8 - 1 4 4 - M - 0 1

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>WILLIAM OSORIO-RIVAS, A/K/A JOSE OMAR ALFARO-RIVAS</u>
                                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and unlawfully possessing, forging, counterfeiting, altering, falsely making, uttering, using, attempting to use and obtain documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing said documents to be falsely made and to have been procured by fraud and unlawfully obtained.

in violation of Title __18__ United States Code, Section(s) __§ 1546(a)__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

FEB 2 8 2008   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br>2-28-08<br>DATE OF ARREST<br>3-25-08 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>Dusm Fitzgerald, Derrick | SIGNATURE OF ARRESTING OFFICER<br>Reporting<br>[signature] |