IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CASE NO. 08-144M-1 (AK) |
| | )       SEALED |
| WILLIAM OSORIO-RIVAS, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

"/s/"

Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Assignment was this 26th day of March, 2008, served by hand delivery to the drop box located at the United States District courthouse supplied for serving pleadings on the United States Attorney's Office to be served on:

>Angela George
>Office of the United States Attorney
>555 Fourth Street, NW
>Washington, DC  20530

>      "/s/"
>―――――――――――――――――――
>Jonathan S. Jeffress